
FILED
 2016 Oct-06  AM 10:43
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ROBERT ELLIOTT**, as the personal representative of the Estate of Nikki Listau,<br><br>    **Plaintiff,**<br><br>vs.<br><br>**MADISON COUNTY, ALABAMA**, *et al.,*<br><br>    **Defendants.** | Civil Action No. 5:14-cv-1309-CLS |

## ORDER OF DISMISSAL

The court having been notified that all claims embraced herein have been successfully mediated, it is ORDERED that this case is DISMISSED with prejudice, but provided that if the terms of the settlement are not fully consummated within a reasonable period of time, not to exceed 45 days from this date, the court will entertain a petition to reinstate this action, and such reinstatement shall relate back to the original date of filing.  Costs are taxed as paid.  The clerk is directed to close this file.

DONE and ORDERED this 6th day of October, 2016.

_____
United States District Judge